**WILLKIE FARR & GALLAGHER LLP**
Laura Leigh Geist (CSB No. 180826)
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 848-7400
lgeist@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
ccording@willkie.com
bsullivan@willkie.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEFFREY EDELMAN, JAYSEN STEVENSON, and CHRISTIAN JACOBSEN, Derivatively on Behalf of CareDx, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE BICKERSTAFF, FRED COHEN, CHRISTINE COURNOYER, GRACE E. COLÓN, ANKUR DHINGRA, MICHAEL D. GOLDBERG, WILLIAM HAGSTROM, PETER MAAG, REGINALD SEETO, RALPH SNYDERMAN, ARTHUR A. TORRES, and HANNAH VALANTINE,<br><br>Individual Defendants,<br><br>-and-<br><br>CAREDX, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-02036-TLT<br>(Shareholder Derivative Action)<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF** |

Pursuant to Civil Local Rules 6-2(a), 7-11, and 7-12, the Parties hereby jointly request that this Court (i) vacate the July 22, 2025 deadline for Defendants to respond to Plaintiffs' Verified Stockholder Derivative Complaint filed on February 26, 2025 (ECF 1) (the "Complaint"); (ii) grant the Parties sixty (60) days to submit a proposed settlement that would resolve all claims and defenses asserted (the "Proposed Settlement") to the Court for preliminary approval pursuant to Federal Rule of Civil Procedure 23.1(c); and (iii) vacate the Case Management Conference scheduled for July 31, 2025 (the "CMC") and related deadlines.

1. As previously disclosed in the Parties' Joint Status Report Regarding Mediation submitted to the Court on May 9, 2025, the Parties engaged in a mediation before the Hon. Gary Feess (Ret.) of Phillips ADR Enterprises on April 1, 2025. (ECF 30.) Following the Mediation, the Parties continued to engage in settlement discussions thereafter.

2. On July 22, 2025, the Parties reached an agreement in principle as to the terms of the Proposed Settlement, which remains subject to the negotiation of an agreed-upon attorney fee, which, like the Proposed Settlement, will be subject to Court approval.

3. If approved by the Court, the Proposed Settlement will fully resolve all claims and defenses asserted by the Parties in this action as well as in the related action *Edward W. Burns IRA v. Goldberg, et al.,* Case No. 2024-0282-NAC (Del. Ch.).

4. In light of this development, the Parties respectfully request that the Court enter an order that (i) vacates the July 22, 2025 deadline for Defendants to answer the Complaint, (ii) grants the Parties sixty (60) days to finalize and submit the Proposed Settlement to the Court for preliminary approval, and (iii) vacates the July 31, 2025 CMC and related deadlines.

5. Should the Court request it, the Parties will make themselves available for a conference in order to further discuss finalization and approval of the Proposed Settlement.

6. A stipulation in support of this administrative motion and a [proposed] order are attached hereto.

Dated: July 22, 2025

**THE ROSEN LAW FIRM, P.A.**

_/s/ Erica L. Stone_
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Erica L. Stone (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

*Counsel for Plaintiffs*

**LEVI & KORSINSKY, LLP**
Correy A. Suk
Gregory M. Nespole
Daniel Tepper (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-1294
Email: csuk@zlk.com
gnespole@zlk.com
dtepper@zlk.com

**WILLKIE FARR & GALLAGHER, LLP**

_/s/ Charles D. Cording_
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 848-7400
E-mail: lgeist@willkie.com
bdyer@willkie.com

Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: ccording@willkie.com
bsullivan@willkie.com

*Counsel for Defendants George Bickerstaff, Fred Cohen, Grace E. Colón, Christine Cournoyer, Ankur Dhingra, Michael D. Goldberg, William Hagstrom, Peter Maag, Reginald Seeto, Ralph Snyderman, Arthur Torres, and Hannah Valantine and for Nominal Defendant CareDx, Inc.*

Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

*Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Email: fortunato@bespc.com
Marion C. Passmore
Email: passmore@bespc.com
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Counsel for Plaintiffs*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 22, 2025

*/s/ Charles D. Cording*
Charles D. Cording